# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARCILLIO ESTERS**                                                    **PLAINTIFF**

v.                          **No. 4:24-cv-971-DPM**

**TFORCE FREIGHT INC**                                          **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 24 November 2025 to enforce the parties' settlement.

D.P. Marshall Jr.
United States District Judge

22 September 2025